In the Matter of the Application of the Board of Water Supply of the City of New York to Acquire Real Estate in the County of Ulster under Chapter 724 of the Laws of 1905, and the Acts Amendatory Thereof for the Purpose of Providing an Additional Supply of Pure and Wholesome Water for the Use of the City of New York.— Motion denied.

John H. Neville, Appellant, v. Peter C. Kelley, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to withdraw demurrer on payment of costs of appeal and of the court below. All concurred.

Thomas J. O'Brien, Appellant, v. Alva Seybolt, Respondent.— Judgment unanimously affirmed, with costs. Lyon, J., not sitting.

Caroline G. O'Brian, Respondent, v. The Village of Saranac Lake, Appellant.— Judgment and order reversed, as against the weight of evidence and new trial granted, with costs to appellant to abide event. All concurred, except Betts and Lyon, JJ., dissenting.

Agnes O'Leary, as Administratrix, etc., of Timothy O'Leary, Deceased, Appellant, v. The Acme Engineering and Construction Company, Respondent.— Judgment affirmed, with costs. All concurred, except Betts, J., dissenting.

Leon D. Polley, Respondent, v. Lehigh Valley Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. Kellogg, J., not sitting.

The People of the State of New York, Respondent, v. Cecil Haines, Appellant.—Judgment of a conviction ffirmed. All concurred.

The People of the State of New York, Respondent, v. Frank Gass, Appellant, Impleaded with the Empire State Surety Company, Defendant.— Motion for leave to go to Court of Appeals granted and question certified as follows: Does the complaint state facts sufficient to constitute a cause of action against the demurring defendant ?

The People of the State of New York, Respondent, v. Saverio Pellegrenio, Appellant.— Judgment of conviction affirmed. All concurred.

The Rockdale Company, Respondent, v. Max Smith, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Georgianna Rupp, Respondent, v. William E. Aitken, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kellogg, J., dissenting.

Emma A. Robinson, as Trustee for Lucius Robinson and Emma R. Wyckoff, Appellant, v. The City of Elmira and John J. Crowley, as City Chamberlain of the City of Elmira, Respondents.— Judgment and order unanimously affirmed, with costs.

Rathbone, Sard & Company, Respondent, v. Pacific Coast Casualty Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.